# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:16-mj-00256-CWH |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOHNNY LE ANDREW HUDSON (ID#796805) |
| vs. | |
| JOHNNY LE ANDREW HUDSON, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequedum issue out of this Court, directing the production of the body of the said JOHNNY LE ANDREW HUDSON (ID#796805) before the United States District Court at Las Vegas, Nevada, on or about May 12, 2016, at the hour of 3:00 p.m. for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court entitled above.

DATED:  April 25, 2016

_____
United States Magistrate Judge